No. 92–6831. PROVOST v. MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 92–6834. EDWARDS ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6840. MARSHALL v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 92–6841. THIGPEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–6842. STEVENS v. ZANT, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 92–6843. SITTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6844. DUVALL v. DUVALL ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6845. DEMOS v. KING COUNTY SUPERIOR COURT ET AL. Sup. Ct. Wash. Certiorari denied.

No. 92–6848. WILLIAMS ET UX. v. SEEBER ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6857. FAGLIE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–6858. HAKIM v. MIELE. Super. Ct. N. H., Hillsborough County. Certiorari denied.

No. 92–6859. HECK v. RICHARDS, SUPERINTENDENT, WESTVILLE CORRECTIONAL CENTER, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–6860. HORTON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–6861. JONES v. JONES. C. A. 9th Cir. Certiorari denied.

No. 92–6862. GREEN ET AL. v. CHATHAM COUNTY, GEORGIA. Ct. App. Ga. Certiorari denied.